RECEIVED
JAN 24 2022
BY MAIL

Jan 15, 2022

Dear Mr. John Ross,

I'm writing out of concern because of my trial. I've been working on my case and going over other cases some in your court room and some not, and I found some real information I needed on 922(G) and some of the information I've founded I have the same case but thats not why I'm writing. I'm writing cause while I was working on my case I founded out that I was suppose to have gecks material before my trial started to know what I'm going to be looking at in trial and what the government was going to present but as of Jan 13, 2022 I haven't seen it and I founded thats grounds for my guilty overturned to not guilty and my public defender telded me that I can appeal my case do to H.B. Bill 85 better none as SAPA so in SAPA it states that I file an injunctive relief and I did that back in July before trial Case #2122-CC08786 so that the state employees can not come to trial to enforce federal gun laws but in my case that didn't happen. So I've wrote letters to the Supreme court cause as a law-biding citizen Mr. Ross you must uphold and obey the law, and also the information I founded it states that your court room violated my constitutional rights, and my rights as a Missouri citizen.

I had my public defender file a motion for the same thing and on Nov 1, 2021 Mr. Ross you didn't grant it and alot of my motion was not granted. So Mr. Ross my concern now about my trial was it fair, so I'm writing this letter to you cause my date for sentencing is coming up so I wanted to make sure that some of my concerns about the laws and my case can be address thats all cause Covid has been killing my love ones life and I have a lil brother that has Down Syndrome that I help my mother take care of and I have kids that need me and I've been locked up since Aug, 22, 2020 and haven't been in trouble in 10 yrs so I hope this letter get to you in good time so you can read it cause as of 1-11-22 my public defender haven't returned my calls about the concern's I'm bringing up to you. Mr. Ross I'm just trying to get back to my love ones before Covid take them away.

Mr. Robert Harrison

